## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD YOUNG,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>            Defendant. | Civil No. 1:24-cv-01023<br><br>Hon. Jennifer P. Wilson |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Howard Young, and Defendant, United Parcel Service, Inc., hereby stipulate and agree that this action is DISMISSED WITH PREJUDICE and without an award of costs or fees to any party.

Respectfully submitted,

| | |
|---|---|
| **DATED:** **April 30, 2025** | **DATED:** **April 30, 2025** |
| By: */s/Michael J. Bradley* | By: */s/ Allison L. Goico* |
| Michael J. Bradley<br>Weisberg Cummings, P.C.<br>2704 Commerce Drive Suite B<br>Harrisburg, PA 17110<br>Telephone: (717) 238-5707<br>*Counsel for Plaintiff* | Allison L. Goico (admitted *pro hac vice*)<br>Dinsmore & Shohl LLP<br>255 E. Fifth Street, Suite 1900<br>Cincinnati, Ohio 45202<br>Telephone: (513) 977-8613<br>Facsimile: (513) 977-8141<br><br>Andrew N. Howe (56337)<br>Dinsmore & Shohl LLP<br>100 Berwyn Park, Suite 110<br>850 Cassatt Road<br>Berwyn, Pennsylvania 19312<br>Telephone: (610) 408-6020<br>Facsimile: (610) 408-6021<br><br>Rudy J. Ellis III (admitted *pro hac vice*)<br>Dinsmore & Shohl, LLP<br>101 S. Fifth Street, Suite 2500<br>Louisville, Kentucky 40202<br>Telephone: (502) 540-2577<br>Facsimile: (502) 585-2207<br>*Counsel for Defendant* |